MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NELSON v. STANIFER                                          Case No. 03cv1516 JM(RBB)

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE             Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Floyd Nelson | G. Michael German |

PROCEEDINGS:  ____ In Chambers   ____ In Court   ____ Telephonic

Defendant's Ex Parte Application to Vacate Mandatory Settlement Conference [doc. no. 64] is granted.

The mandatory settlement conference on January 4, 2007, at 2:00 p.m. is vacated and reset for March 15, 2007, at 2:00 p.m.

DATE: January 3, 2007          IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Miller                           INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\1983\PRISONER\NELSON1516\MINUTE11.wpd