1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN  DISTRICT OF CALIFORNIA**

10

| FLOYD H. NELSON, | Case No. 03-CV-01516-JM (RBB) |

11

Plaintiff,

**ORDER GRANTING REQUEST FOR TELEPHONIC PRETRIAL MEET AND CONFER**

12

v.

13

R. STANIFER, individually and/or in his official capacity as LT at Centinela State Prison,

14

Defendant.

15

16       Defendant applied *ex parte* for an exemption from the "in person" meet and confer pretrial

17   conference requirement of Local Rule 16.1.  Good cause having been shown, the court grants

18   defendant's request to conduct the pretrial meet and confer telephonically.

19       **IT IS SO ORDERED**.

20   DATED: February 5, 2007.

21   _____
     Hon. Jeffrey T. Miller
22   United States District Judge

23   cc: All Parties

24
25
26
27
28

03CV01516