MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NELSON v. STANIFER                                Case No. 03cv1516 JM(RBB)
                                                  **TIME SPENT: 35 mins.**
HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE    Rptr. _____

                            Attorneys

        Plaintiffs                        Defendants

Floyd Nelson (present)            G. Michael German
                                  Tiffany Hixson (present)


PROCEEDINGS:   x   In Chambers    ___   In Court    ___   Telephonic

A status conference was held.

Plaintiff is granted an extension of time in which to file his memorandum of contentions of fact and law. Plaintiff's memorandum shall be filed by February 14, 2007.


DATE: February 7, 2007         IT IS SO ORDERED:   /s/ Ruben Brooks
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Miller                           INITIALS: VL (mg/irc) Deputy
    All Parties of Record